UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> MATTHEW NORMAN BALLEK, ) <br> ) <br> Defendant. ) <br> ) | Criminal Action No. 24-61 (RBW) |

FILED
FEB 16 2024
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## ORDER

Upon consideration of the parties' Joint Motion to Continue Status Conference, ECF No. 8, and for good cause shown, it is hereby

**ORDERED** that the parties' Joint Motion to Continue Status Conference, ECF No. 8, is **GRANTED**. It is further

**ORDERED** that the status hearing currently scheduled for February 21, 2024, is **CONTINUED** to April 5, 2024, at 10:00 a.m. The parties shall appear for the status hearing before the Court in Courtroom 16 on the 6th floor at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001. It is further

**ORDERED** that, on or before February 23, 2024, the defendant, Matthew Norman Ballek, shall file a signed waiver on the docket indicating that he consents to waiving his Speedy Trial Act rights for the time between February 21, 2024, and April 5, 2024.

**SO ORDERED** this 16th day of February, 2024.

/s/ Reggie B. Walton
REGGIE B. WALTON
United States District Judge